**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Dinsmore Tuttle* (signature)

**Dinsmore Tuttle**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2012CV32**
**CO Weld County District Court 19th JD**
**Filing Date: Feb 2 2012 9:40AM MST**
**Filing ID: 42276089**

District Court, Weld County, Colorado
901 9th Avenue, PO Box 2038
Greeley, CO 80632-2038
970-351-7300

Plaintiff:
STEVIE GRAYSON

and

Defendants:
WELD COUNTY SCHOOL DISTRICT SIX; BRYAN WRIGHT, individually and in his official capacity as principal of Greeley West High School; TODD PILLARD, Police officer for the Greeley Police Department and TIFFANY R. FEATHER, f/k/a TIFFANY R. BAHR, employee of Weld County School District Six,
Defendants.

**COURT USE ONLY**

Case Number:

**12 CV 32**

Division **5**

## ORDER AMENDING COMPLAINT

THE COURT has reviewed the Plaintiff's Motion to Amend Complaint, has reviewed the file, and being thereby fully advised in the premises,

HEREBY FINDS that the request is reasonable and should be granted.

THE COURT THEREFORE ORDERS that the caption shall be amended to reflect all of the named Defendants and the appropriate Plaintiff.

THE COURT FURTHER ORDERS the Clerk of Court to make the necessary changes in Lexis Nexis to reflect all of the named Defendants and Plaintiff.

DONE this _____ day of _____

BY THE COURT:

_____
**DISTRICT COURT JUDGE**

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer**
    **Comments:**

The motion to amend the caption is granted.