IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00384-CMA-KMT

STEVIE GRAYSON,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT SIX,
BRYAN WRIGHT, Individually and in his official capacity as Principal
   of Greeley West High School,
TODD PILLARD, Police Officer for the Greeley Police Department, and
TIFFANY R. FEATHER, formerly known as TIFFANY R. BAHR, Employee
   of Weld County School District Six,

    Defendants.

---

**ORDER DISMISSING SECOND AND THIRD CLAIM FOR RELIEF
AS TO DEFENDANT SCHOOL DISTRICT**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Claims 2 & 3 as to Defendant, Weld County School District Six (Doc. # 36).  The Court, having reviewed the motion and the file and being fully advised in the premise, FINDS as follows:

    1.    Defendant School District has filed a Motion to Dismiss the Second and Third Claims in the Amended Complaint (Doc. # 33).

    2.    Plaintiff is now requesting that the Second and Third Claims be dismissed as to Defendant School District (Doc. # 36).

The Court, therefore, ORDERS that the Defendant School District's Motion to Dismiss (Doc. # 33) is DENIED AS MOOT; it is

FURTHER ORDERED that Plaintiff's Unopposed Motion to Dismiss Claims 2 & 3 as to Defendant, Weld County School District Six (Doc. # 36) is GRANTED; it is

FURTHER ORDERED that Plaintiff's Second and Third Claims for Relief, set forth in his Amended Complaint, are DISMISSED as they pertain to Defendant Weld County School District Six.

DATED: May   07  , 2012

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge