**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00384-CMA-KMT

STEVIE GRAYSON,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT SIX,
BRYAN WRIGHT, Individually and in his official capacity as Principal
   of Greeley West High School,
TODD PILLARD, Police Officer for the Greeley Police Department, and
TIFFANY R. FEATHER, formerly known as TIFFANY R. BAHR, Employee
   of Weld County School District Six,

    Defendants.

---

**ORDER DISMISSAL OF PARTIES AND CASE WITH PREJUDICE**

---

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice of Defendant Todd Pillard (Doc. # 44), filed May 22, 2012, and the parties' Stipulation for Dismissal With Prejudice of Defendants Weld County School District Six, Bryan Wright and Tiffany Feather (Doc. # 45), filed May 25, 2012.  The Court having duly considered and reviewed the pleadings and being otherwise advised in the premises, hereby ORDERS as follows:

    1.    Defendant Todd Pillard is DISMISSED WITH PREJUDICE as a Defendant in this action;

    2.    Defendants Weld County School District Six, Bryan Wright, and Tiffany R. Feather are DISMISSED WITH PREJUDICE as Defendants in this action;

3. This Case is DISMISSED WITH PREJUDICE, in its entirety, each party shall pay his, her or its own fees and costs in connection with this action.

DATED: May 25, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge